| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | AUG 11 2017 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NARUTO, a Crested Macaque, by and through his Next Friends, People for the Ethical Treatment of Animals, Inc.,

    Plaintiff-Appellant,

v.

DAVID JOHN SLATER; et al.,

    Defendants-Appellees.

No. 16-15469

D.C. No. 3:15-cv-04324-WHO
Northern District of California,
San Francisco

ORDER

Before: BEA and N.R. SMITH, Circuit Judges, and ROBRENO,[*] District Judge.

The joint motion to stay the appeal is granted. This case shall be held in abeyance until September 8, 2017. The parties shall provide a status update on or before August 24, 2017.

---

    [*] The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.