Docket No. 16–15469
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**
_____

NARUTO, by and through his Next Friend,
*Plaintiff-Appellant,*

v.

DAVID J. SLATER, *et al.*,
*Defendants-Appellees*
_____

On Appeal from the United States District Court
for the Northern District of California
_____

**JOINT STATUS UPDATE REGARDING SETTLEMENT**
_____

| David A. Schwarz | Jessica Valenzuela Santamaria | Andrew J. Dhuey |
|---|---|---|
| IRELL & MANELLA LLP | Angela L. Dunning | 456 Boynton Avenue |
| 1800 Avenue of the Stars | COOLEY LLP | Berkeley, California 94707 |
| Suite 900 | 3175 Hanover Street | (510) 528-8200 |
| Los Angeles, California 90067 | Palo Alto, CA 94304-1130 | |
| Telephone: (310) 277–1010 | Tel.: (650) 843-5000 | *Attorney for Defendants-Appellees,* |
| Facsimile: (310) 203–7199 | Fax: (650) 849-7400 | *David John Slater and Wildlife Personalities, Ltd.* |
| *Attorneys for Plaintiff-Appellant Naruto* | *Attorneys for Defendant-Appellee Blurb, Inc.* | |

Plaintiff-Appellant Naruto, through his Next Friend, People for the Ethical Treatment of Animals, Defendants-Appellees David John Slater and Wildlife Personalities, Ltd., and Defendant-Appellee Blurb, Inc. (collectively, the "Parties") submit this Joint Status Update regarding the Parties' settlement discussions.

On August 11, 2017, the Court granted the Parties' Joint Motion to Stay this appeal through and including September 8, 2017, pending settlement negotiations between the parties. Dkt. 49. The Court ordered the Parties to provide a status update on or before August 24, 2017. *Id.*

The Parties hereby inform the Court that they have been in discussions regarding the terms of a tentative settlement, which are ongoing. The Parties believe that maintaining the stay through September 8, 2017 will help facilitate their negotiations.

//
//
//
//
//
//
//
//

10226917

- 1 -

Respectfully submitted,

Dated: August 24, 2017　　　　　　IRELL & MANELLA LLP

By: /s/ David A. Schwarz
　　　David A. Schwarz

Attorneys for Plaintiff-Appellant Naruto

Dated: August 24, 2017　　　　　　COOLEY LLP

By: /s/ Angela L. Dunning
　　　Angela L. Dunning

Attorneys for Defendant-Appellee
Blurb, Inc.

Dated: August 24, 2017　　　　　　ANDREW J. DHUEY

By: /s/ Andrew J. Dhuey
　　　Andrew J. Dhuey

Attorney for Defendants-Appellees,
David John Slater and
Wildlife Personalities, Ltd.

9th Circuit Case Number(s) | 16-15469

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Aug 24, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Michael D. Harbour

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)